No. 24-1095

In the
United States Court of Appeals for the Fourth Circuit

**RODNEY D. PIERCE and MOSES MATTHEWS,**

*Plaintiff-Appellants,*

v.

**THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,**

*Defendant-Appellees.*

On Appeal from the United States District Court
for the Eastern District of North Carolina, James E. Dever, III, District Judge
No. 4:23-cv-193-D-RN

**STATE BOARD DEFENDANTS' RESPONSE TO
PLAINTIFF-APPELLANTS' EMERGENCY MOTION TO
EXPEDITE BRIEFING AND DECISION**

Terence Steed*
Mary Carla Babb*
Special Deputy Attorneys General

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel of Record for
Defendant-Appellees State Board Defendants*

Defendant-Appellees, The North Carolina State Board of Elections, and Alan Hirsch, Jeff Carmon, Stacy Eggers, IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, all in their official capacities (collectively "State Board Defendants"), respond to Plaintiff-Appellants' emergency motion to expedite briefing and decision [Doc. 4] as follows.

State Board Defendants take no position on Plaintiff-Appellants' emergency motion to expedite briefing and decision.

Respectfully submitted, this the 29th day of January, 2024.

N.C. DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
Email: mcbabb@ncdoj.gov

Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel of Record for
Defendant-Appellees
State Board Defendants*

## **CERTIFICATE OF COMPLIANCE**

I certify that this Response complies with the length requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 70 words. This response also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (6) because it has been prepared in a proportionally spaced typeface: 14-point Constantia font.

Respectfully submitted, this the 29th day of January, 2024.

/s/ Terence Steed<br>
Terence Steed

- 2 -