FILED: February 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1095
(4:23-cv-00193-D-RN)

_____

RODNEY D. PIERCE; MOSES MATTHEWS

       Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

       Defendants - Appellees

------------------------------

ROY A. COOPER, III; JOSHUA STEIN

       Amici Supporting Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Roy A. Cooper, III, and Joshua Stein.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk